FILED
United States Court of Appeals
Tenth Circuit

February 20, 2015

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

HORACE B. EDWARDS,

    Plaintiff - Appellant,

and

JOHN and/or JANE DOES 1-10; UNITED STATES OF AMERICA,

    Plaintiff,

v.

PRAXIS FILMS, INC.; LAURA POITRAS; PARTICIPANT MEDIA, LLC; DIANE WEYERMANN; JEFFREY SKOLL; WEINSTEIN COMPANY LLC, a/k/a Radius-TWC,

    Defendants - Appellees

and

EDWARD JOSEPH SNOWDEN; JOHN and/or JANE DOES 1-10; HOME BOX OFFICE INC.; SHEILA NEVINS; ACADEMY OF MOTION PICTURE ARTS AND SCIENCES,

    Defendants.

No. 15-3032
(D.C. No. 2:14-CV-02631-JAR-TJJ)
(D. Kan.)

**ORDER**

Before **HARTZ** and **PHILLIPS**, Circuit Judges.

This matter is before the court on plaintiff's Emergency Motion for Expedited Review of Order Denying Motion to Seal Classified Documents Filed and for Injunction. The motion requests an injunction (1) requiring defendants to redact the film *Citizenfour* to remove alleged classified and other prohibited information, (2) preventing the current version of the film from being shown "by any person or entity, including the Academy [of Motion Picture Arts and Sciences]," (3) deeming the film ineligible for an Academy Award, and (4) other relief. The underlying appeal is from the district court's order denying plaintiff's motion to require the DVD of the film to be filed under seal.

Plaintiff has failed to make the showings required by Rule 8(a) of the Federal Rules of Appellate Procedure. The motion for an injunction pending appeal is denied. Plaintiff's motion for leave to exceed the page limit is granted. All other motions are denied.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk