**FILED**
United States Court of Appeals
Tenth Circuit

**February 22, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

HORACE B. EDWARDS,

    Plaintiff - Appellant,

and

JOHN and/or JANE DOES 1-10, et al.,

    Plaintiff,

v.

 PRAXIS FILMS, INC., et al.,

    Defendants - Appellees

and

EDWARD JOSEPH SNOWDEN, et al.,

    Defendants.

No. 15-3032
(D.C. No. 2:14-CV-02631-JAR-TJJ)

_____

**ORDER**
_____

Before **HARTZ** and **PHILLIPS**, Circuit Judges.
_____

    This matter is before the Court on Plaintiff's Petition for Rehearing and Request for Rehearing En Banc, or Alternatively in the Nature of Mandamus ("Petition"). As an initial matter, the Court notes that Tenth Circuit Rule 35.7 precludes en banc review of our February 20, 2015 order denying Appellant's Emergency Motion for Expedited Review of Order Denying Motion to Seal Classified Documents Filed and for Injunction

("Motion"). In accordance with Rule 35.7, Appellant's en banc request was referred to the same panel that issued the February 20, 2015 order; and treated in the same manner as a petition for panel rehearing.

The petition is denied. We deny all requests for relief from the denial of the Motion, which, contrary to Federal Rule of Appellate Procedure 8(a), had not previously been sought in the district court.

        Entered for the Court,

        ELISABETH A. SHUMAKER, Clerk

        by: Chris Wolpert
            Chief Deputy Clerk